McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
 160 Spear Street, Suite 800
 San Francisco, CA 94105-1545
 Telephone: (415) 977-8930
 Facsimile: (415) 744-0134

 E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| DOROTHY M. LEWIS, | ) | Case No. 1:17-cv-00903 EPG |
| | ) | |
|  Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
|   v. | ) | AN EXTENSION OF TIME |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Deputy Commissioner for Operations, | ) | |
| performing the duties and functions not | ) | |
| reserved to the Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
|  Defendant. | ) | |
| | ) | |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until April 25, 2018. This is Defendant's first request

for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due schedule conflicts. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: March 26, 2018          By:     */s/ Lawrence D. Rohlfing*_____
                                      LAWRENCE D. ROHLFING
                                      Attorney for Plaintiff
                                      (*By e-mail authorization on 03/26/18)


Dated: March 26, 2018                 McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      *  /s/ Donna W. Anderson*___
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

## **ORDER**

Based on the stipulation of the parties, and good cause appearing, the time for Defendant to respond to Plaintiff's Opening Brief is hereby extended to April 25, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: __**March 27, 2018**__            /s/ *Erica P. Grosjean*
                                            UNITED STATES MAGISTRATE JUDGE