McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone:  (415) 977-8930
    Facsimile:  (415) 744-0134

    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DOROTHY M. LEWIS,<br><br>        Plaintiff,<br><br>            v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ | ) Case No. 1:17-cv-00903 EPG<br>)<br>)<br>) STIPULATION AND ORDER FOR<br>) AN EXTENSION OF TIME<br>)<br>)<br>)<br>)<br>)<br>) |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until May 25, 2018.  This is Defendant's second request for an extension of time to respond.  Defense counsel requires additional time to fully review the administrative record and consider the government's position due

schedule conflicts, as explained in the attached declaration. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,


Date: April 18, 2018     By:    */s/ Lawrence D. Rohlfing* _____
LAWRENCE D. ROHLFING
Attorney for Plaintiff
(*By e-mail authorization on 04/17/18)


Dated: April 18, 2018          McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

    */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Based on the stipulation of the parties, and good cause appearing, the time for Defendant to respond to Plaintiff's Opening Brief is extended to May 25, 2018, with all other dates in the Court's Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated:   **April 20, 2018**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE